UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOCHENE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MFRA TRUST 2014-2,<br>MFRESIDENTIALASSETS, LLC AS<br>ADMINISTRATOR, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0768 TLN DB PS<br><br><br>ORDER |

Plaintiff Anthony Bochene is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

Noticed for hearing before the undersigned on July 7, 2017, is defendants' Fay Servicing, LLC and Wilmington Trust, National Association's motion to dismiss. (ECF Nos. 8 & 14.) However, on June 29, 2017, defendant Capital One Bank as successor in interest to Chevy Chase Bank, FSB, ("Chevy Chase Bank"), filed a "Notice of motion and joinder in motion to dismiss." (ECF No. 18 at 1.) The motion "is made pursuant to Rule 12(b)(6)" and is supported by a memorandum of points and authorities. (Id. at 2-3.) Defendant noticed that motion for hearing before the undersigned on July 7, 2017. (Id.)

////

////

1

Local Rule 230(b), however, provides that a noticed motion "is to be heard not less than twenty-eight (28) days after service and filing of the motion." In this regard, defendant's June 29, 2017 motion fails to comply with Local Rule 230.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 7, 2017 hearing of defendants' motions to dismiss (ECF Nos. 8 & 18) are continued to **Friday, August 4, 2017, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

3. On or before **July 21, 2017**, plaintiff shall file a statement of opposition or non-opposition to defendant Chevy Chase Bank's June 29, 2017 motion to dismiss (ECF No. 18).

Dated: June 30, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bochene0768.cont.hrg

2