WRIGHT, FINLAY & ZAK, LLP
Joan Carol Spaeder-Younkin, Esq., SBN 192235
Sonia P. Edwards, Esq., SBN 156456
Joshua R. Hernandez, Esq., SBN 258266
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 608-9142

Attorneys for Defendants, Fay Servicing, LLC and Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 (erroneously sued separately as "MFRA Trust 2014-2," and "MFResidential Assets, LLC as Administrator")

# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| ANTHONY BOCHENE, | No. 2:17-cv-00768-TLN-DB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ACTION AGAINST FAY SERVICING, LLC AND WILMINGTON TRUST, ETC. (ERRONEOUSLY SUED SEPARATELY AS "MFRA TRUST 2014-2," AND "MFRESIDENTIAL ASSETS, LLC AS ADMINISTRATOR")** |
| vs. | |
| MFRA TRUST 2014-2, MFRESIDENTIAL ASSETS, LLC AS ADMINISTRATOR; CITIMORTGAGE; CHEVY CHASE BANK, FSB; FAY SERVICING, LLC, and Does 1-10, | |
| Defendants. | |

The Parties to this Action, acting through their respective counsel, if any, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the

-1-
STIPULATION FOR DISMISSAL WITH PREJUDICE OF FAY SERVICING, LLC AND
WILMINGTON TRUST, NATIONAL ASSOCIATION, ETC.

Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against Fay Servicing, LLC and Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 (erroneously sued separately as "MFRA Trust 2014-2," and "MFResidential Assets, LLC as Administrator"), with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: 12-12-17             *s/ Anthony Bochene*
                            Anthony Bochene, Plaintiff


                            WRIGHT, FINLAY, & ZAK, LLP


Dated:  12/18/17            By: *s/ Sonia P. Edwards*
                            Sonia P. Edwards, Esq.
                            Joshua R. Hernandez, Esq.
                            Attorneys for Defendants, Fay Servicing, LLC and Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2

STIPULATION FOR DISMISSAL WITH PREJUDICE OF FAY SERVICING, LLC AND WILMINGTON TRUST, NATIONAL ASSOCIATION, ETC.

# ORDER

Based on the foregoing STIPULATION, IT IS HEREBY ORDERED that the entire action, including any and all claims and counterclaims stated herein, against Fay Servicing, LLC and Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 (erroneously sued separately as "MFRA Trust 2014-2," and "MFResidential Assets, LLC as Administrator"), is hereby dismissed with prejudice.

Dated: December 21, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\bochene0768.stip.dism.ord