UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOCHENE,<br><br>        Plaintiff,<br><br>    v.<br><br>MFRA TRUST 2014-2,<br>MFRESIDENTIALASSETS, LLC AS<br>ADMINISTRATOR, et al.,<br><br>        Defendants. | No. 2:17-cv-00768-TLN-DB PS<br><br><br><br>ORDER |

    Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On January 24, 2018, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 24, 2018 (ECF No. 30), are adopted in full;

2. Defendant Capital One Bank's June 29, 2017 motion to dismiss (ECF No. 18) is granted;

3. The complaint's claims against Defendant Capital One Bank are dismissed without leave to amend; and

4. Defendant Capital One Bank is dismissed from this action.

Dated: March 5, 2018

Troy L. Nunley
United States District Judge