CHRISTOPHER L. PETERSON (SBN 215069)
CUONG M. NGUYEN (SBN 248586)
DUNCAN PETERSON, LLP
9965 Chesapeake Dr. Suite 305
San Diego, CA 92123
Phone: (619) 483-3200
Fax: (858) 549-3700
Email: cuong@duncanpeterson.com

Attorneys for Defendant CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOCHENE,<br><br>    Plaintiff,<br><br>vs.<br><br>MFRA TRUST 2014-2, MFRESIDENTIAL ASSETS, LLC AS ADMINISTRATOR; CITIMORTGAGE; CHEVY CHASE BANK, FSB; US BANK; FAY SERVICING, LLC; and DOES 1-10,<br><br>    Defendants. | No. 2:17-cv-00768-TLN-DB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ACTION AS AGAINST CITIMORTGAGE, INC.** |

Plaintiff in pro se, ANTHONY BOCHENE, and Defendant CITIMORTGAGE, INC., through its counsel of record, said parties having entered into a negotiated settlement, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the Dismissal With Prejudice of this action as against Defendant CitiMortgage, Inc, with each party to bear its own costs and attorney's fees.

///

///

///

///

///

///

---

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ACTION
AS AGAINST CITIMORTGAGE, INC. – No. 2:17-cv-00768-TLN-DB

1

IT IS SO STIPULATED.

DATED: __3-16-18__          ___/s/ Anthony Bochene_____
                            ANTHONY BOCHENE
                            Plaintiff In Pro Se


DATED: __4-16-18__          DUNCAN PETERSON, LLP

                            ___/s/ Cuong Nguyen_____
                            CHRISTOPHER L. PETERSON
                            CUONG M. NGUYEN
                            Attorneys for Defendant CITIMORTGAGE, INC.

---

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ACTION
AS AGAINST CITIMORTGAGE, INC. – No. 2:17-cv-00768-TLN-DB

2

# **ORDER**

Based on the foregoing Stipulation between Plaintiff Anthony Bochene and Defendant CitiMortgage, Inc., IT IS HEREBY ORDERED that the entire action as against Defendant CitiMortgage, Inc. is hereby DISMISSED WITH PREJUDICE.  Each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

DATED:  April 24, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE