UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOCHENE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MFRA TRUST 2014-2,<br>MFRESIDENTIALASSETS, LLC AS<br>ADMINISTRATOR, et al.,<br><br>　　　　　　Defendants. | No. 2:17-cv-0768 TLN DB PS<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff Anthony Bochene is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On April 25, 2018, the last defendant named in the complaint and appearing in this action was dismissed. (ECF No. 35.) Only defendant U.S. Bank remains, and that defendant has not appeared in this action. Plaintiff commenced this action on March 6, 2017, and has taken no steps to prosecute this action against defendant U.S. Bank.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause in writing as to why this action should not be dismissed without prejudice as to defendant U.S. Bank due to a lack of prosecution.[1]

---

[1] Alternatively, if plaintiff no longer wishes to pursue this action against defendant U.S. Bank plaintiff may file a notice of voluntary dismissal of this action pursuant to Rule 41 of the Federal

1

DATED: May 2, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Rules of Civil Procedure.